1

**FILED**

2

April 16, 2008

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

4

5

6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

TIMOTHY MARLAND,

10

Plaintiff,          NO. 1:07-cv-00694-SMS

11     vs.

*ORDER RE DISPOSITIVE DOCUMENTS*
12                                    *AFTER SETTLEMENT CONFERENCE*

AM GENERAL LLC,

13

Defendant.

14     _____/

15          Pursuant to representations of counsel for the parties at

16     a Settlement Conference held on April 2, 2008 before Judge Beck,

17     the court has determined that the above-captioned case is SETTLED.

18     **In accordance with the provisions of Local Rule 16-160, the court**

19     **now orders that a dispositive documents be submitted no later than**

20     **May 7, 2008.**

21

22          **ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY**

23     **VACATED** (including Pretrial Conference of 6/12/08 and Jury Trial

24     of 8/4/08 before Judge Snyder).

25

26          **Failure to comply with this order may be grounds for the**

27     **imposition of sanctions on any and all counsel or parties who**

28

1 | **contributed to the violation of this order (see attached Notice of**

2 | **Local Rule 16-160 and Local Rule 16-272.)**

3 |

4 | **IT IS SO ORDERED.**

5 |

6 | DATED:    April 16, 2008

7 |

8 |                                                          /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

2
## NOTICE

3

4
## Local Rule 16-160

5
### NOTICE OF SETTLEMENT OR OTHER DISPOSITION

6

7      **(a) Notice**.  When an action has been settled or otherwise
disposed of, or when any motion seeking general or interim relief

8   has been resolved, whether by settlement conference or out of
Court, and whether the action is pending in the District Court or

9   is before an appellate court, it is the duty of counsel to inform
the courtroom deputy clerk and the assigned Court's chambers

10  immediately.  See L.R. 16-272.

11     **(b) Dispositional Documents**.      Upon such notification of
disposition or resolution of an action or motion, the Court shall

12  thereupon fix a date upon which the documents disposing of the
action or motion must be filed, which date shall not be more than

13  twenty (20) calendar days from the date of said notification,
absent good cause.  The Court may, on good cause shown, extend the

14  time for filing the dispositional papers.  A failure to file
dispositional papers on the date prescribed by the Court may be

15  grounds for sanctions.  See L.R. 16-272.

16

17
## Local Rule 16-272

18
### NOTICE OF SETTLEMENT

19

20     **(a) General Rule**.  See L.R. 16-160.

21     **(b) Sanctions**.  If for any reason attributable to counsel or
parties, including settlement, the Court is unable to commence a

22  jury trial as scheduled where a panel of prospective jurors has
reported for voir dire, the Court may assess against counsel or

23  parties responsible all or part of the cost of the panel.  See L.R.
11-110.

24

25

26

27

28