**KROHN & MOSS, LTD.**
Todd Friedman, Esq., SBN: 216752
Darin Shaw, Esq., SBN: 251037
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036
Tele: (323) 988-2400

Attorneys for Plaintiff,
TIMOTHY MARLAND

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MARLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>AM GENERAL LLC,<br><br>    Defendant. | CASE NO. 1:07-CV-00694-SMS<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE AND ORDER** |

It is hereby stipulated and agreed by and between the parties, that said action against AM GENERAL LLC be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED:   July 8, 2008          **KROHN & MOSS, LTD.**

/s/ Darin Shaw
    Darin Shaw (SBN: 251037)
    Attorneys for Plaintiff
    TIMOTHY MARLAND

///

DATED: July 8, 2008

**BARRY UBALDI McPHERSON & FLESHER, LLP**

/s/ I. Hooshie Broomand
I. Hooshie Broomand (SBN: 210206)
Attorney for Defendant
AM GENERAL LLC

## ORDER

Plaintiff, TIMOTHY MARLAND's, Stipulation to Dismiss AM GENERAL LLC with Prejudice is found well taken and is hereby granted.

For good cause shown, it is ordered that this Court grant Plaintiff's Stipulation to Dismiss TIMOTHY MARLAND v. AM GENERAL LLC, with Prejudice.

<u>IT IS SO ORDERED.</u>

**Dated:   July 21, 2008**        /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE